# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VARIA HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION CORPORATION and RESEARCH IN MOTION, LTD.,<br><br>Defendants. | C.A. No. 12-320 MPT |

## MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Steven L. Park and Robin L. McGrath of the law firm Paul Hastings LLP to represent Research In Motion Corporation and Research In Motion Ltd. in this matter.

Dated: April 11, 2012

    */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

*Attorneys for Defendants Research In Motion Corporation and Research In Motion, Ltd.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: _____          _____
                                                        United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be paid the Clerk's office.

Date: April 11, 2012

Signed: *(signature)*
Steven L. Park, Esq.
Paul Hastings LLP
600 Peachtree Street, N.E.
Twenty-Fourth Floor
Atlanta, GA 30308
(404) 815-2223
stevenpark@paulhastings.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be paid the Clerk's office.

Date:   April 11, 2012          Signed: _____
                                        Robin L. McGrath, Esq.
                                        Paul Hastings LLP
                                        600 Peachtree Street, N.E.
                                        Twenty-Fourth Floor
                                        Atlanta, GA 30308
                                        (404) 815-2220
                                        robinmcgrath@paulhastings.com