IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VARIA HOLDINGS LLC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 12-320-SLR/MPT |
| | ) |
| RESEARCH IN MOTION | ) |
| CORPORATION and | ) |
| RESEARCH IN MOTION LTD., | ) |
| | ) |
| Defendants. | ) |

**ORDER OF REFERENCE**

At Wilmington this ___ day of May, 2012, pursuant to 28 U.S.C. § 636(b);

IT IS ORDERED that the above captioned case is hereby referred to Magistrate Judge Mary Pat Thynge. Judge Thynge shall conduct all proceedings related to discovery disputes,[1] alternate dispute resolution, and dispositive and nondispositive motions,[2] up to claim construction.[3] The above caption shall be used in all subsequent filings in this case.

                                                    _____
                                                    United States District Judge

---

[1] With respect to discovery disputes, the court's Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI"), as well as the Default Standard for Access to Source Code shall continue to be applicable.

[2] Dispositive motions by report and recommendation; nondispositive motions by order (either written or issued from the bench).

[3] *Daubert* motions and motions related to claim construction and summary judgment are not referred. The pretrial conference and any issues raised in the pretrial order, likewise, are not referred.