**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| VARIA HOLDINGS LLC, | § § § | |
| Plaintiff | § § | |
| vs. | § § | Civil Action No. 12-320-SLR-MPT |
| RESEARCH IN MOTION CORP. and RESEARCH IN MOTION LTD., | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § § | |

**DEFENDANTS RESEARCH IN MOTION CORPORATION and RESEARCH IN MOTION LIMITED'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Research In Motion Corporation and Research In Motion Limited hereby disclose that Research In Motion Limited is a publically traded corporation with no parent company. No publically-held corporation owns 10% or more of Research In Motion Limited's shares. Defendant Research In Motion Corporation is a wholly-owned subsidiary of Research In Motion Limited. Research In Motion Limited is the only publicly-held corporation that owns ten percent (10%) or more of Research In Motion Corporation's shares.

| | |
|---|---|
| Dated: June 18, 2012 | By:    */s/ Richard K. Herrmann* |

                                      Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
Kenneth L. Dorsney (I.D. #3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
kdorsney@morrisjames.com

OF COUNSEL:

Steven L. Park (GA Bar # 563227)
stevenpark@paulhastings.com
Robin L. McGrath (GA Bar # 493115)
robinmcgrath@paulhastings.com
PAUL HASTINGS LLP
600 Peachtree Street
Atlanta, Georgia 30308
Tel: (404) 815-2400
Fax: (404) 815-2444

*Attorneys for Research In Motion Corporation and Research In Motion Limited*