IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VARIA HOLDINGS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>RESEARCH IN MOTION CORP.<br>and RESEARCH IN MOTION LTD.,<br><br>    Defendants. | C.A. No. 12-320-SLR-MPT |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Plaintiff's Initial Disclosures Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure were caused to be served on August 16, 2012, on the following counsel in the manner indicated:

<u>**VIA EMAIL**</u>

Richard K. Herrmann
Mary B. Matterer
Kenneth L. Dorsney
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
kdorsney@morrisjames.com

<u>**VIA EMAIL**</u>

Steven L. Park
Robin L. McGrath
Paul Hastings LLP
600 Peachtree Street
Atlanta, Georgia 30308
(404) 815-2400
stevenpark@paulhastings.com
robinmcgrath@paulhastings.com

RLF1 6627217v.1

|  |  |
|---|---|
| | /s/ Jason J. Rawnsley |
| OF COUNSEL: | C. Malcolm Cochran IV (#2377) |
| | Anne Shea Gaza (#4093) |
| Joshua L. Raskin | Jason J. Rawnsley (#5379) |
| Paul Hyun | RICHARDS, LAYTON & FINGER, P.A. |
| Eric Bitzegaio | 920 North King Street |
| BERNSTEIN LITOWITZ BERGER & | Wilmington, Delaware 19801 |
|     GROSSMANN LLP | (302) 651-7700 |
| 1285 Avenue of the Americas, 38th Floor | cochran@rlf.com |
| New York, NY 10019 | gaza@rlf.com |
| (212) 554-1400 | rawnsley@rlf.com |
| | |
| Dated: August 16, 2012 | *Attorneys for Plaintiff Varia Holdings LLC* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2012, I caused the foregoing document to be electronically filed with the Clerk of Court via CM/ECF, which will send notice of such filing to counsel of record, and further certify that I caused copies of the foregoing document to be served upon the following counsel in the manner indicated:

**VIA EMAIL**

Richard K. Herrmann
Mary B. Matterer
Kenneth L. Dorsney
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
kdorsney@morrisjames.com

**VIA EMAIL**

Steven L. Park
Robin L. McGrath
Paul Hastings LLP
600 Peachtree Street
Atlanta, Georgia 30308
(404) 815-2400
stevenpark@paulhastings.com
robinmcgrath@paulhastings.com

*/s/ Jason J. Rawnsley*
Jason J. Rawnsley (#5379)
rawnsley@rlf.com

RLF1 6626472v.1