IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VARIA HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION CORP.<br>and RESEARCH IN MOTION LTD.,<br><br>Defendants. | C.A. No. 12-320-SLR-MPT |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of (1) Plaintiff Varia Holdings LLC's Disclosures Pursuant to Paragraph 4(a) of the Default Standard For Discovery, Including Discovery of Electronically Stored Information ("ESI") and (2) Plaintiff Varia Holdings LLC's Disclosures Pursuant to Paragraph 3 of the Default Standard For Discovery, Including Discovery of Electronically Stored Information ("ESI") were caused to be served on August 24, 2012, on the following counsel in the manner indicated:

**VIA EMAIL & HAND DELIVERY**

Richard K. Herrmann
Mary B. Matterer
Kenneth L. Dorsney
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
kdorsney@morrisjames.com

**VIA EMAIL**

Steven L. Park
Robin L. McGrath
Paul Hastings LLP
600 Peachtree Street
Atlanta, Georgia 30308
(404) 815-2400
stevenpark@paulhastings.com
robinmcgrath@paulhastings.com

RLF1 6763387v.1

| | |
|---|---|
| OF COUNSEL:<br><br>Joshua L. Raskin<br>Paul Hyun<br>Eric Bitzegaio<br>BERNSTEIN LITOWITZ BERGER &<br>    GROSSMANN LLP<br>1285 Avenue of the Americas, 38th Floor<br>New York, NY 10019<br>(212) 554-1400<br><br>Dated: August 24, 2012 | */s/ Anne Shea Gaza*<br>C. Malcolm Cochran IV (#2377)<br>Anne Shea Gaza (#4093)<br>Jason J. Rawnsley (#5379)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>cochran@rlf.com<br>gaza@rlf.com<br>rawnsley@rlf.com<br><br>*Attorneys for Plaintiff Varia Holdings LLC* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2012, I caused the foregoing document to be electronically filed with the Clerk of Court via CM/ECF, which will send notice of such filing to counsel of record, and further certify that I caused copies of the foregoing document to be served upon the following counsel in the manner indicated:

**VIA EMAIL & HAND DELIVERY**

Richard K. Herrmann
Mary B. Matterer
Kenneth L. Dorsney
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
kdorsney@morrisjames.com

**VIA EMAIL**

Steven L. Park
Robin L. McGrath
Paul Hastings LLP
600 Peachtree Street
Atlanta, Georgia 30308
(404) 815-2400
stevenpark@paulhastings.com
robinmcgrath@paulhastings.com

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
gaza@rlf.com