**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| VARIA HOLDINGS LLC, | § § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action No. 12-320-SLR-MPT |
| RESEARCH IN MOTION CORP. and RESEARCH IN MOTION LTD., | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § § | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the following document, **RIM'S PARAGRAPH 3 DISCLOSURES,** was served upon the attorneys listed below as indicated on August 24, 2012:

VIA EMAIL
C. Malcolm Cochran IV
Anne Shea Gaza
Jason J. Rawnsley
RICHARDS LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
Cochran@rlf.com
gaza@rlf.com
rawnsley@rlf.com

*Attorneys for Plaintiff Varia Holdings LLC*

VIA EMAIL
Chad Johnson
Joshua L. Raskin
BERNSTEIN LITOWITZ BERGER &
　GROSSMAN LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
chad@blbglaw.com
josh@blbglaw.com

*Attorneys for Plaintiff Varia Holdings LLC*

Dated: August 24, 2012

              By: */s/ Richard K. Herrmann*
                 Richard K. Herrmann (#405)
                 Mary B. Matterer (#2696)
                 Kenneth L. Dorsney (#3726)
                 MORRIS JAMES LLP
                 500 Delaware Avenue, Suite 1500
                 Wilmington, Delaware 19801-1494
                 (302) 888-6800
                 rherrmann@morrisjames.com

                 *Attorneys for Defendant Research In Motion Corporation and Research In Motion Limited*