**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VARIA HOLDINGS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>RESEARCH IN MOTION CORPORATION and RESEARCH IN MOTION, LTD.,<br><br>    Defendants. | C.A. No. 12-320-SLR-MPT |

## STIPULATION FOR EXTENSION OF TIME

Plaintiff Varia Holdings LLC and Defendants Research In Motion Corporation and Research In Motion Limited, by and through their undersigned counsel and subject to the approval of the Court, hereby stipulate that the time within which the parties shall file their proposed Protective Order is extended to and including October 10, 2012.

Dated:  September 10, 2012

By:     */s/ Anne Shea Gaza*
    C. Malcolm Cochran , IV (I.D. #2377)
    Anne Shea Gaza (I.D. #4093)
    Jason James Rawnsley (I.D. #5379)
    RICHARDS, LAYTON & FINGER, PA
    920 N. King Street
    Wilmington, DE 19801
    (302) 651-7506
    cochran@rlf.com
    gaza@rlf.com
    rawnsley@rlf.com
    *Attorneys for Plaintiff*
    *Varia Holdings LLC*

By:     */s/ Mary B. Matterer*
    Richard K. Herrmann (I.D. #405)
    Mary B. Matterer (I.D. #2696)
    Kenneth L. Dorsney (I.D. #3726)
    MORRIS JAMES LLP
    500 Delaware Avenue, Suite 1500
    Wilmington, DE  19801
    (302) 888-6800
    rherrmann@morrisjames.com
    mmatterer@morrisjames.com
    kdorsney@morrisjames.com
    *Attorneys for Defendants*
    *Research In Motion Corporation*
    *and Research In Motion Limited*

2

        **SO ORDERED** this _____ day of _____, 2012.

_____
**The Honorable Mary Pat Thynge**
**U.S.D.C. Magistrate Judge**