**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| VARIA HOLDINGS LLC, | § § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action No. 12-320-SLR-MPT |
| RESEARCH IN MOTION CORP. and RESEARCH IN MOTION LTD., | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § § | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document, **RIM'S PARAGRAPH 4(b) DISCLOSURES PURSUANT TO THE DEFAULT STANDARD FOR DISCOVERY,** was served upon the attorneys listed below as indicated on September 24, 2012:

VIA EMAIL
C. Malcolm Cochran IV
Anne Shea Gaza
Jason J. Rawnsley
RICHARDS LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
Cochran@rlf.com
gaza@rlf.com
rawnsley@rlf.com

*Attorneys for Plaintiff Varia Holdings LLC*

VIA EMAIL & OVERNIGHT UPS
Chad Johnson
Joshua L. Raskin
BERNSTEIN LITOWITZ BERGER &
   GROSSMAN LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
chad@blbglaw.com
josh@blbglaw.com

*Attorneys for Plaintiff Varia Holdings LLC*

Dated: September 24, 2012

                      By:    */s/ Mary B. Matterer*
                              Richard K. Herrmann (#405)
                              Mary B. Matterer (#2696)
                              Kenneth L. Dorsney (#3726)
                              MORRIS JAMES LLP
                              500 Delaware Avenue, Suite 1500
                              Wilmington, Delaware 19801-1494
                              (302) 888-6800
                              mmatterer@morrisjames.com

                              *Attorneys for Defendant Research In Motion Corporation and Research In Motion Limited*