**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **VARIA HOLDINGS LLC,** § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | |
| § | Civil Action No. 12-320 SLR-MPT |
| **RESEARCH IN MOTION CORP.** § | |
| **and RESEARCH IN MOTION LTD.,** § | **JURY TRIAL DEMANDED** |
| § | |
| Defendants. § | |
| § | |

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that effective immediately, the physical address for Steven L. Park and Robin L. McGrath of Paul Hastings, representing Defendants Research In Motion Corporation and Research In Motion Limited, in this matter is as follows

**PAUL HASTINGS LLP**
1170 Peachtree Street
Suite 100
Atlanta, Georgia 30309

All other contact information remains the same.

Dated: September 25, 2012

By: */s/ Mary B. Matterer*
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
Kenneth L. Dorsney (I.D. #3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

OF COUNSEL:

Steven L. Park (GA Bar # 563227)
stevenpark@paulhastings.com
Robin L. McGrath (GA Bar # 493115)
robinmcgrath@paulhastings.com
PAUL HASTINGS LLP
1170 Peachtree Street, Suite 100
Atlanta, Georgia 30309
Tel: (404) 815-2400
Fax: (404) 815-2444

*Attorneys for Research In Motion Corporation and Research In Motion Limited*