IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VARIA HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION CORP.<br>and RESEARCH IN MOTION LTD.,<br><br>Defendants. | No. 12-320-SLR-MPT |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE THAT Chad Johnson hereby withdraws as counsel for plaintiff Varia Holdings LLC ("Varia"). Bernstein Litowitz Berger & Grossmann LLP and Richards, Layton & Finger, P.A., will continue to represent Varia.

OF COUNSEL:

Joshua L. Raskin
Paul Hyun
Eric Bitzegaio
BERNSTEIN LITOWITZ BERGER &
    GROSSMANN LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
(212) 554-1400

Dated: October 1, 2012

/s/ Jason J. Rawnsley
C. Malcolm Cochran IV (#2377)
Anne Shea Gaza (#4093)
Jason J. Rawnsley (#5379)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cochran@rlf.com
gaza@rlf.com
rawnsley@rlf.com

*Attorneys for Plaintiff Varia Holdings LLC*