IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VARIA HOLDINGS, LLC,<br>Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED and<br>RESEARCH IN MOTION<br>CORPORATION<br><br>Defendants. | C.A. No. 12-320 MPT |

## STIPULATION & ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and subject to the approval of the Court, that the time by which Plaintiff Varia Holdings, LLC shall serve its initial claim charts under Paragraph 4(c) of the Default Standard for Discovery, Including Discovery of Electronically Stored Information shall be extended to November 7, 2012, and the time by which Defendants Research in Motion Limited and Research in Motion Corporation shall serve their initial invalidity contentions under Paragraph 4(d) of the same shall be extended to December 7, 2012.

| | |
|---|---|
| /s/ Jason J. Rawnsley | /s/ Mary B. Matterer |
| C. Malcolm Cochran IV (#2377) | Richard K. Herrmann (#405) |
| Anne Shea Gaza (#4093) | Mary B. Matterer (#2696) |
| Jason J. Rawnsley (#5379) | Kenneth L. Dorsney (#3726) |
| RICHARDS, LAYTON & FINGER, P.A. | MORRIS JAMES LLP |
| 920 North King Street | 500 Delaware Avenue, Suite 1500 |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| (302) 651-7700 | (302) 888-6800 |
| cochran@rlf.com | mmatterer@morrisjames.com |
| gaza@rlf.com | |
| rawnsley@rlf.com | *Attorneys for Research In Motion Corporation and* |
| *Attorneys for Plaintiff Varia Holdings LLC* | *Research In Motion Limited* |

Dated: October 16, 2012

IT IS SO ORDERED this _____ day of October, 2012.

_____
THE HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE