**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| VARIA HOLDINGS LLC, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 12-320-SLR-MPT |
| | § | |
| RESEARCH IN MOTION CORP. | § | JURY TRIAL DEMANDED |
| and RESEARCH IN MOTION LTD., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**<u>NOTICE OF SERVICE</u>**

The undersigned hereby certifies that copies of the following document, **RIM'S RESPONSE TO VARIA'S FIRST SET OF REQUESTS FOR PRODUCTION,** were served upon the attorneys listed below as indicated on November 12, 2012:

<u>VIA EMAIL</u>
C. Malcolm Cochran IV
Anne Shea Gaza
Jason J. Rawnsley
RICHARDS LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
Cochran@rlf.com
gaza@rlf.com
rawnsley@rlf.com

*Attorneys for Plaintiff Varia Holdings LLC*

<u>VIA EMAIL</u>
Joshua L. Raskin
BERNSTEIN LITOWITZ BERGER &
    GROSSMAN LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
josh@blbglaw.com

*Attorneys for Plaintiff Varia Holdings LLC*

Dated: November 12, 2012

By:    */s/ Mary B. Matterer*
      Richard K. Herrmann (#405)
      Mary B. Matterer (#2696)
      Kenneth L. Dorsney (#3726)
      MORRIS JAMES LLP
      500 Delaware Avenue, Suite 1500
      Wilmington, Delaware 19801-1494
      (302) 888-6800
      mmatterer@morrisjames.com

      *Attorneys for Defendant Research In Motion*
      *Corporation and Research In Motion*
      *Limited*