# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VARIA HOLDINGS LLC, | § § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action No. 12-320-SLR-MPT |
| RESEARCH IN MOTION CORP. and RESEARCH IN MOTION LTD., | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document, **DEFENDANTS RESEARCH IN MOTION LTD.'S AND RESEARCH IN MOTION CORP.'S FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF VARIA HOLDINGS, LLC,** were served upon the attorneys listed below as indicated on November 16, 2012:

**VIA EMAIL AND HAND DELIVERY**
C. Malcolm Cochran IV
Anne Shea Gaza
Jason J. Rawnsley
RICHARDS LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
Cochran@rlf.com
gaza@rlf.com
rawnsley@rlf.com

**VIA EMAIL**
Joshua L. Raskin
BERNSTEIN LITOWITZ BERGER &
 GROSSMAN LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
josh@blbglaw.com

Dated: November 16, 2012

By:    */s/ Mary B. Matterer*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendants*
*Research In Motion Corporation and*
*Research In Motion Limited*