**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **VARIA HOLDINGS LLC,** | § § § § | |
| Plaintiff | § | |
| v. | § § | Civil Action No. 12-320-SLR-MPT |
| **RESEARCH IN MOTION CORP. and RESEARCH IN MOTION LTD.,** | § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document, **DEFENDANTS RESEARCH IN MOTION LTD.'S AND RESEARCH IN MOTION CORP.'S PRELIMINARY INVALIDITY CONTENTIONS,** were served upon the attorneys listed below via email this 7th day of December, 2012:

C. Malcolm Cochran IV
Anne Shea Gaza
Jason J. Rawnsley
RICHARDS LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
Cochran@rlf.com
gaza@rlf.com
rawnsley@rlf.com

Joshua L. Raskin
BERNSTEIN LITOWITZ BERGER &
  GROSSMAN LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
josh@blbglaw.com

Dated: December 7, 2012     By:   */s/ Mary B. Matterer*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendants* RESEARCH IN MOTION
CORPORATION *and* RESEARCH IN MOTION LIMITED