IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VARIA HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION CORPORATION and RESEARCH IN MOTION LTD.,<br><br>Defendants. | C.A. No. 12-320-MPT |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel hereby moves the admission *pro hac vice* of Michael J. Collins of Collins Edmond Pogorzelski Schlather & Tower, PLLC to represent Varia Holdings LLC.

/s/ *Jason J. Rawnsley*
C. Malcolm Cochran IV (#2377)
Anne Shea Gaza (#4093)
Jason J. Rawnsley (#5379)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cochran@rlf.com
gaza@rlf.com
rawnsley@rlf.com

Dated: December 21, 2012           *Attorneys for Plaintiff Varia Holdings LLC*

RLF1 7761763v.1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Michael J. Collins is GRANTED.

Dated: _____ _____, 2012     _____
                                        United States District Court Magistrate Judge

**CERTIFICATION BY COUNSEL**
**TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of Bar of the State of Texas, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ Michael Collins*

RLF1 7761763v.1

Dated: December 21, 2012

Michael J. Collins

COLLINS EDMONDS POGORZELSKI

SCHLATHER & TOWER, PLLC

1616 S. Voss Rd., Suite 125

Houston, TX 77057

mcollins@cepiplaw.com

RLF1 7761763v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2012, I caused the foregoing document to be electronically filed with the Clerk of Court via CM/ECF, which will send notice of such filing to counsel of record, and further certify that I caused copies of the foregoing document to be served upon the following counsel in the manner indicated:

| **VIA EMAIL** | **VIA EMAIL** |
|---|---|
| Richard K. Herrmann<br>Mary B. Matterer<br>Kenneth L. Dorsney<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com<br>kdorsney@morrisjames.com | Steven L. Park<br>Robin L. McGrath<br>Paul Hastings LLP<br>1170 Peachtree Street, Suite 100<br>Atlanta, Georgia 30309<br>(404) 815-2400<br>stevenpark@paulhastings.com<br>robinmcgrath@paulhastings.com |

/s/ Jason J. Rawnsley
Jason J. Rawnsley (#5379)
rawnsley@rlf.com

RLF1 6763488v.1