IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VARIA HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION CORP.<br>and RESEARCH IN MOTION LTD.,<br><br>Defendants. | C.A. No. 12-320-SLR-MPT |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Joshua L. Raskin, Paul Hyun, and Eric Bitzegaio hereby withdraw as counsel for plaintiff Varia Holdings LLC ("Varia"). A motion for the admission *pro hac vice* of Michael J. Collins of Collins Edmond Pogorzelski Schlather & Tower, PLLC to represent Varia has been filed (D.I. 37), and Richards, Layton & Finger, P.A., will continue to represent Varia.

OF COUNSEL:

Joshua L. Raskin
Paul Hyun
Eric Bitzegaio
BERNSTEIN LITOWITZ BERGER &
 GROSSMANN LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
(212) 554-1400

Dated: December 21, 2012

/s/ Jason J. Rawnsley
C. Malcolm Cochran IV (#2377)
Anne Shea Gaza (#4093)
Jason J. Rawnsley (#5379)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cochran@rlf.com
gaza@rlf.com
rawnsley@rlf.com

*Attorneys for Plaintiff Varia Holdings LLC*

RLF1 7751874v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2012, I caused the foregoing document to be electronically filed with the Clerk of Court via CM/ECF, which will send notice of such filing to counsel of record, and further certify that I caused copies of the foregoing document to be served upon the following counsel in the manner indicated:

**VIA EMAIL**

Richard K. Herrmann
Mary B. Matterer
Kenneth L. Dorsney
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
kdorsney@morrisjames.com

**VIA EMAIL**

Steven L. Park
Robin L. McGrath
Paul Hastings LLP
1170 Peachtree Street, Suite 100
Atlanta, Georgia 30309
(404) 815-2400
stevenpark@paulhastings.com
robinmcgrath@paulhastings.com

/s/ Jason J. Rawnsley
Jason J. Rawnsley (#5379)
rawnsley@rlf.com