IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VARIA HOLDINGS, LLC,<br>    Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED and<br>RESEARCH IN MOTION<br>CORPORATION<br><br>    Defendants. | C.A. No. 12-320-SLR-MPT |

## STIPULATION FOR STAY OF PROCEEDINGS

WHEREAS, the parties participated in mediation of this action on January 10, 2013;

WHEREAS, the parties have continued to discuss the possibility of settlement;

WHEREAS, the parties have recently reached agreement in principle on settlement terms;

WHEREAS, the parties anticipate being in a position to either file a stipulation of dismissal or report to the Court on the status of the action on or before March 5, 2013;

WHEREAS, various pretrial deadlines are scheduled between the date of this stipulation and the hearing on claim construction and summary judgment motions, which is scheduled for November 22, 2013, before Judge Robinson; and

WHEREAS, the parties wish to stay all proceedings and pretrial deadlines in this action for 30 days while the terms of the settlement are memorialized in writing;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, and subject to the approval of the Court, that all pretrial proceedings in the above-captioned action and all deadlines in the Scheduling Order be and are stayed. If the parties have not filed a stipulation of dismissal by March 5, 2013, then

RLF1 8068304v.1

they shall file a status report with the Court on the status of the action by March 8, 2013, including a proposed revised scheduling order.

| | |
|---|---|
| /s/ Jason J. Rawnsley | /s/ Richard K. Herrmann |
| C. Malcolm Cochran IV (#2377) | Richard K. Herrmann (#405) |
| Anne Shea Gaza (#4093) | Mary B. Matterer (#2696) |
| Jason J. Rawnsley (#5379) | Kenneth L. Dorsney (#3726) |
| RICHARDS, LAYTON & FINGER, P.A. | MORRIS JAMES LLP |
| 920 North King Street | 500 Delaware Avenue, Suite 1500 |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| (302) 651-7700 | (302) 888-6800 |
| cochran@rlf.com | rherrmann@morrisjames.com |
| gaza@rlf.com | mmatterer@morrisjames.com |
| rawnsley@rlf.com | kdorsney@morrisjames.com |
| *Attorneys for Plaintiff Varia Holdings LLC* | *Attorneys for Research In Motion Corporation and Research In Motion Limited* |

Dated: February 6, 2013

IT IS SO ORDERED this ___4___ day of ___February___, 2013.

_____
THE HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE