IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VARIA HOLDINGS LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>RESEARCH IN MOTION CORPORATION and RESEARCH IN MOTION LTD.,<br><br>    Defendants. | Civil Action No. 12-320-SLR-MPT |

**PLAINTIFF VARIA HOLDINGS LLC AND DEFENDANTS RESEARCH IN MOTION LIMITED AND RESEARCH IN MOTION CORPORATION'S STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and a License and Settlement Agreement, Plaintiff Varia Holdings LLC, and Defendants Research In Motion Limited and Research In Motion Corporation hereby stipulate to the dismissal with prejudice of all claims and counterclaims asserted by the parties in this case. Varia Holdings LLC, on the one hand, and Research In Motion Limited and Research In Motion Corporation, on the other hand, agree that each party shall bear its own fees and expenses. The Court shall retain jurisdiction for purposes of enforcing the parties' License and Settlement Agreement.

RLF1 8450610v.1

| | |
|---|---|
| */s/ Jason J. Rawnsley* | */s/ Mary B. Matterer* |
| C. Malcolm Cochran IV (#2377) | Richard K. Herrmann (#405) |
| Anne Shea Gaza (#4093) | Mary B. Matterer (#2696) |
| Jason J. Rawnsley (#5379) | Kenneth L. Dorsney (#3726) |
| RICHARDS, LAYTON & FINGER, P.A. | MORRIS JAMES LLP |
| 920 North King Street | 500 Delaware Avenue, Suite 1500 |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| (302) 651-7700 | (302) 888-6800 |
| cochran@rlf.com | rherrmann@morrisjames.com |
| gaza@rlf.com | mmatterer@morrisjames.com |
| rawnsley@rlf.com | kdorsney@morrisjames.com |
| *Attorneys for Plaintiff Varia Holdings LLC* | *Attorneys for Research In Motion Corporation and Research In Motion Limited* |

Dated: April 4, 2013

SO ORDERED, this ____ day of _____, 2013.

_____
THE HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE